STANDARD OIL COMPANY OF NEW YORK, Respondent, *v.* CENTRAL DREDGING COMPANY et al., Appellants.

(Argued October 11, 1929; decided October 25, 1929.)

*John J. McManus* and *Alfred M. O'Neill* for Central Dredging Company, appellant.

*Charles B. Sullivan* for National Surety Company, appellant.

*Robert E. Whalen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.